JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| FILIBERTO MARTINEZ, individually, and on behalf of himself and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>DARDEN RESTAURANTS, INC., a Florida Corporation; GMRI, INC., a Florida Corporation; YARD HOUSE USA, INC., a Delaware Corporation; YARD HOUSE NORTHRIDGE LLC, a California Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>DEFENDANTS. | CASE NO. CV 15-3434-GW(GJSx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL**<br><br>Action filed: March 2, 2015<br>Trial date: None |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the parties' Stipulation For Dismissal Of Action [Dkt. No.   ], and good cause having been shown, the Court orders as follows:

In accordance with Federal Rule of Civil Procedure 41(a)(2) the above referenced matter is dismissed with prejudice, but for the class allegations which are dismissed without prejudice.

Parties are to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:   December 2, 2016

*[signature]*

GEORGE H. WU, U.S. District Judge